









ADAMS

GENERAL DYNAMICS

MS    8/12/97    11:18
3:97-CV-00616
*23*
*APP.*

# UNITED STATES DISTRICT COURT
## Southern District of California

___

### Edward J. Schwartz Federal Building
880 Front Street Suite 4290
San Diego, California
92101-8900

**Roberta Westdal**
    **Clerk**

**Phone: (619) 557-6368**

To:    Clerk, U.S. Court of Appeals
        P.O. Box 193939
        San Francisco, CA 94119-3939

Re:    USCA No.:
        USDC No.:    97cv0616-E(AJB)
        ADAMS VS GENERAL DYNAMICS CORP

Clerk, U.S. Court of Appeals enclosed herewith you will please find:

(X) Copy of the Notice of Appeal.       (X) Docket Entries.

(X) Case Information/Docket Fee Payment Notification Form.

( ) Order for Time Schedule. (Criminal)

( ) Original Clerk's Record in ____ set(s) of ____ volume(s).

( ) Reporter's transcripts in ____ set(s) of ____ volume(s).

( ) Clerk's supplemental record in ___ set of ___ volume(s).

( ) Exhibits in ___ envelope(s) ___ box(es) ___ folder(s).

(X) Judgment/Order            ( ) F/P Order

( ) CJA Form 20       **OR**       ( ) Minute Order

( ) Certificate of Record        ( ) Mandate Return

( ) Amended docket fee notification form.

(X) Please acknowledge on the enclosed copy of this transmittal.

                    Roberta Westdal, Clerk

Date:August 12, 1997          By:_____
                          **M. Stottlemyer, Deputy Clerk**

ORIGINAL

1  **MONAGHAN & WARREN**
   **BRIAN D. MONAGHAN**
2  State Bar No. 48354
   **MICHAEL A. CONGER**
3  State Bar No. 147882
   1450 Front Street
4  San Diego, CA 92101
   (619) 231-0059
5

6  Attorneys for all Plaintiffs

FILED

JUL 28 1997

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

7

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 | RICHARD D. ADAMS, MELANIE ARGO, | CASE NO. 97-0616E(AJB)
   | MICHAEL L. BAFFONE, PHILIP P. |
11 | BALISTRERI, ROBERT J. BARRY, DONALD | **NOTICE OF APPEAL**
   | BATES, DIANE BEDESSEM, GEORGE R. BELL, |
12 | STEVE BIRMINGHAM, JAMES VICTOR |
   | BOWER, ROBIN DALE BOYD, JUAN DANIEL |
13 | BROOKS, PAUL Q. CHAU SR., JAMES R. |
   | CLAUSEN, GREGORY M. COULTER, |
14 | CARLOS F. CRUZ, ROBERT J. DABELOW JR., |
   | ALBERTA DANISH, ROBERT G. DANZL, |
15 | WAYNE F. DAVISON, CLAIRE DELUCA, |
   | RICHARD DELUCA, ARTHUR L. DILLEY, |
16 | Z. LYNNETTE DOHERTY, GARY R. DRAY, |
   | PATRICIA L. DRIESLEIN, SERGIO ESPINOZA, |
17 | JOSEPH H. EVOLA, MARK P. FERGUSON, |
   | IRENE ALISEA-FRETZ, RICCI FRETZ, |
18 | HECTOR J. GARCIA, KATHLEEN GARCIA, |
   | ALINDA M. GIANSIRACUSA, BILL GIFFORD, |
19 | MICHAEL J. GIORGETTA, JIM GRECO, |
   | TERRENCE G. GREEN, JANE GREGORY, |
20 | GENNARO GUASTAFIERRO, ALFRED M. |
   | GUERRA, EDMUND GUERRERO, NEAL C. |
21 | HAAS, JAY P. HAESE, DAVID W. HALLAS, |
   | ROBERT HANSEN, BEV HARMAN, LEE A. |
22 | HARPER, ROBERT J. HENETZ, RAYMOND |
   | HERRERA, ROSIE HICKS, DENNIS J. |
23 | HONEYCUTT, DAVID R. JACKSON, |
   | DENNIS H. JACKSON, ADOLFO P. |
24 | JARAMILLO, CORNELIUS (HENRY) JORDAN, |
   | DONALD KOLESAR, DONNA L. LONG, |
25 | CHRISTOPHER LORE, VALERIE LUJAN, |
   | GIOVANNI MORETTA, DENNIS MOORE, |
26 | TIMOTHY S. MOULD, DAVE G. MOYER, |
   | DONALD H. NAISH, VICKI D. NAISH, DEWEY |
27 | G. NELSON, JOHN R. NEWMAN, RICHARD A. |
   | OSWALD, MICHAEL PLESE, ROBERT B. |
28 | PORTER, FELICITAS QUITANIA, RENARD B. |

23

REID, TIMOTHY RICHARDSON, NORMA RICHMAN, RAYMOND ROBERTS, JOHN ROBUTKA, RALPH RUBIO, DOMINGO SANCHEZ, BERYL G. SCOTT, DONNA L. SHUFFLER, PETER A. SHURKO, JACK SINNOTT, PRINTES L. SMITH, ROBERT A. SMITH, RICHARD C. SMITH, GLENN SPANGLER, RICHARD STURTZ, ERIC H. TAUBENBERGER, JANE E. TIERNEY, KATHLEEN TRAVIS, DIEGO TREVINO, KENT VIAN, RONALD E. WALTERS, FRANK D. WELLER, KENNETH WILSON, REBECCA D. WILSON, JOHN H. WINES, STEVE WINTERS, DAVID J. WYDYSH,

        Plaintiffs,

v.

GENERAL DYNAMICS CORPORATION, and DOES 1 through 50, inclusive,

        Defendants.

**NOTICE IS HEREBY GIVEN** that plaintiffs above named, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order granting defendant General Dynamics Corporation's motion to stay all proceedings until final resolution of state court case entered in this action on the 26th day of June, 1997, by the Honorable William B. Enright.

DATED: July 25, 1997

        Respectfully submitted,

        MONAGHAN & WARREN

By: _____
        Michael A. Conger
        Attorneys for Plaintiffs

ORIGINAL

**MONAGHAN & WARREN**
**BRIAN D. MONAGHAN**
State Bar No. 48354
**MICHAEL A. CONGER**
State Bar No. 147882
1450 Front Street
San Diego, California 92101
(619) 231-0059

FILED

JUL 28 1997

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

Attorneys for all Plaintiffs except DAVISON,
H. GARCIA, K. GARCIA, HONEYCUTT and MOORE

**TERRENCE JOSEPH RIZZO**
State Bar No. 91235
1450 Front Street
San Diego, California 92101
(619) 544-1800

Attorney for DAVISON, H. GARCIA, K. GARCIA,
HONEYCUTT and MOORE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. ADAMS, et al., | CASE NO. 97-0616 E(AJB) |
| Plaintiffs, | DECLARATION OF SERVICE |
| vs. | |
| GENERAL DYNAMICS CORPORATION, et al., | Date Served:  July 28, 1997<br>Persons Served: |
| Defendants. | Lisa T. Schroeder, Esquire<br>Mazzarella, Dunwoody, Wilson<br>& Petty<br>550 West "C" Street, Suite 1050<br>San Diego, CA 92101<br>-and-<br>Richard T. Franch, Esquire<br>Jenner & Block<br>One IBM Plaza<br>Chicago, IL 60611 |

I, the undersigned declare under penalty of perjury that I am employed in the

County of San Diego, State of California. I am over the age of 18 and not a party to the

within action; my business address is 1450 Front Street, San Diego, California 92101.

1  On July 28, 1997, I served the foregoing document(s):

2  **1.   NOTICE OF APPEAL; and**

3  **2.   CIVIL APPEALS DOCKETING STATEMENT;**

4  by placing a copy thereof in a separate envelope for each addressee named hereafter,

5  addressed to each such addressee respectively as follows:

6  **Richard T. Franch, Esquire**         **Attorneys for Defendants**
    **Jenner & Block**                    **General Dynamics Corporation**
7  **One IBM Plaza**
    **Chicago, Il 60611**
8  **(312) 222-9350**
    **(312) 527-0484 (Fax)**
9  **(Via Fax and U.S. Mail)**

10  **Lisa T. Schroeder, Esquire**        **Attorneys for Defendants**
    **Mazzarella, Dunwoody, Wilson**      **General Dynamics Corporation**
11  **& Petty**
    **550 West "C" Street, Suite 1050**
12  **San Diego, CA 92101**
    **(619) 236-9600**
13  **(619) 236-9669 (Fax)**
    **(Via Personal Service)**

14

15  XX   I then sealed each envelope and, with the postage thereon fully prepaid, deposited

16  each in the United States mail at San Diego, California, on July 28, 1997.

17  XX   I personally delivered such documents by hand to the offices of Lisa T. Schroeder,

18  Esquire, Mazzarella, Dunwoody, Wilson & Petty on July 28, 1997.

19  XX   I served such documents via facsimile transmission to the offices of Richard T.

20  Franch, Esquire, Jenner & Block.  The transmission was reported as complete and

21  without error on July 28, 1997, at *2:48* p.m. from the Fax machine located at

22  (619) 231-7651.  The attached transmission report was properly issued by the

23  facsimile machine.

24  ___   I personally placed the documents in a Federal Express FedEx Letter envelope on

25  July 28, 1997, and caused it to be sent via FedEx Priority Overnight service for

26  delivery on _____, 1996, before 10:30 a.m.

27  I declare under penalty of perjury under the laws of the State of California that the

28  foregoing is true and correct.

1    Executed on July 28, 1997, at San Diego, California.

2

3

4                                        Patricia B. Messer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



# TRANSACTION REPORT

JUL-28-97 MON 14:48

SEND

| # | DATE | S. T. | NAME | TIME | PGS | NOTE | DP |
|---|------|-------|------|------|-----|------|-----|
| 01 | JUL-28 | 14:39 | 13125270484 | 8′ 37″ | 14 | OK | |

# MONAGHAN & WARREN
## ATTORNEYS AT LAW

Michael A. Conger

1450 FRONT STREET
SAN DIEGO, CALIFORNIA 92101

FAX (619) 231-7651

**SPECIALIZING IN CIVIL LITIGATION**
PERSONAL INJURY
BUSINESS LITIGATION
EMPLOYMENT TERMINATION/DISCRIMINATION
GOVERNMENT CONTRACT FRAUD

# Fax Coversheet

**To:**      Richard T. Franch, Esquire
            Jenner & Block

**Fax No.**   (312) 527-0484

**From:**     Michael A. Conger, Esquire

**Case:**     Argo v. General Dynamics  - 300.1

**Date:**     July 28, 1997

You should receive 14 page(s) including this cover sheet

**Requested Action:**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service. Thank you.

**If there are any problems with this transmission, please call (619) 231-0059**
**Fax (619) 231-7651**

AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUN 30 1997

CLERK, U S DISTRICT COURT
SOUTHERN D. ... CALIFORNIA
BY                         DEPUTY

RICHARD D. ADAMS, et al.

v.

GENERAL DYNAMICS CORPORATION

JUDGMENT IN A CIVIL CASE

CASE NUMBER:    97-cv-0616-E(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the defendant's motion for stay is **granted** and the case is administratively closed.

| | |
|---|---|
| June 30, 1997 | Roberta Westdal |
| Date | Clerk |
| | A/ Ramos |
| | (By) Deputy Clerk |
| | ENTERED ON June 30, 1997 |

FILED

JUN 26 1997

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RICHARD D. ADAMS, et al.,       )       Civil No. 97-0616-E(AJB)
                                )
                Plaintiff,      )
                                )
        v.                      )       **MEMORANDUM DECISION**
                                )       <u>**AND ORDER**</u>
GENERAL DYNAMICS CORPORATION,   )
                                )
                Defendant.      )
_____)

## BACKGROUND

This motion concerns three lawsuits by employees of General Dynamics.

(1) <u>**Sena v. General Dynamics**</u>:  In 1991, plaintiffs, who were employees at the Convair Division of General Dynamics, filed suit in federal court seeking unpaid overtime wages under federal and state labor laws.   In 1993, the parties sent out notices to potential plaintiffs advising them of their right to join the lawsuit and how to contact the plaintiff's attorney.   Hundreds of Convair workers joined the suit, and the parties settled the action as to a class of workers covering the FLSA claims between January 1990 to August 1991.   Judge Brewster approved the settlement in 1995.

(2) <u>**Argo v. General Dynamics**</u>:   In April 1995, one hundred employees of the Convair Division who had <u>not</u> been members of the



97CV0616

1  Sena federal suit, filed suit in state court alleging civil rights
2  and fraud based claims against General Dynamics.  The Argo plain-
3  tiffs received the notice of the right to join the Sena federal suit
4  in 1993, but they alleged that General Dynamics wrongfully prevented
5  them from joining the suit by threatening them that their careers
6  would be jeopardized if they joined the lawsuit.  Plaintiffs further
7  alleged that General Dynamics promised them that they had long
8  careers ahead of them in an effort to dissuade them from joining
9  Sena, but this was a lie because General Dynamics concealed that it
10 had already decided to close the plant.

11      In pretrial motions, Judge Di Figlia summarily adjudicated the
12 civil rights cause of action in General Dynamics' favor.  The Argo
13 plaintiffs went to trial on the second amended complaint's three
14 fraud-based claims.  Shortly before trial, General Dynamics brought
15 an in limine motion to determine whether the plaintiffs' damages
16 would be limited to what they would have recovered had they partic-
17 ipated in the Sena settlement or the difference between the wages
18 below FLSA standards and the value had the fraudulent representa-
19 tions been true.  Plaintiffs argued for the right to seek the larger
20 damages on the ground that the state complaint already included
21 claims for wage and career fraud, as well as the interference with
22 the Sena settlement.  But the state court limited the damages to the
23 Sena settlement because it concluded that the second amended
24 complaint did not plead the wage and career fraud claims, and that
25 the new theories would require additional discovery.  The state
26 court agreed with General Dynamics that "what the Complaint alleges
27 . . . is nothing more than the defendants duped plaintiffs into not
28 joining Sena by representing that they had viable careers."

1    Defendant's Exhibit F, page 3.  As an alternative ruling, the state
2    court opined that the wage claim was preempted by FLSA.

3         In response, plaintiffs sought leave to file a third amended
4    complaint that expressly added a claim for unpaid overtime for the
5    years between 1985 and 1996.  The state court denied the motion
6    because (1) to the extent that the proposed amendment added claims
7    that the state court had ruled preempted, the amendment would be
8    futile; and (2) even if the proposed amendment included un-preempted
9    claims, the motion was untimely, would require additional discovery,
10   and would delay the trial (which was one month away in March 1997).

11        In May 1997, the jury returned a verdict in favor of plaintiffs
12   on the fraud claims.  At trial, the jury awarded 97 of the plain-
13   tiffs roughly $20,000 each in compensatory damages and $1 million
14   each in punitive damages, for a total verdict exceeding $100
15   million.  The state case is still pending as to post-judgment
16   motions and may be appealed.

17        (3)  **Adams v. General Dynamics**:  After the state court
18   denied plaintiffs' motion to file a third amended complaint,
19   plaintiffs filed a new complaint in state court entitled Adams.
20   It alleged four fraud-related claims (false promise, intentional
21   misrepresentation, negligent misrepresentation, and concealment).
22   The Adams complaint is based on "wage fraud" of lost wages under
23   California and other laws, and "career fraud" in the lies about
24   their long-term employment at the Convair Division.  The Adams
25   complaint does not mention the Sena lawsuit, rather, it is
26   based on the much broader time frame of 1985 to 1996.  General
27   Dynamics removed Adams to federal court on diversity of citizenship
28   grounds.

                              -3-                        97CV0616

1   General Dynamics moves to stay <u>Adams</u> pending the final
2   resolution of <u>Argo</u>.

3                          **DISCUSSION**

4       A federal court must give the same preclusive effect to a state
5   court judgment that a state court would give it. <u>Miller v. County</u>
6   <u>of Santa Cruz</u>, 39 F.3d 1030, 1032 (9th Cir. 1994), <u>cert. denied</u>,
7   115 S. Ct. 2613 (1995). Under California law, prior litigation will
8   bar subsequent litigation when the cases concern the same primary
9   right, even if the legal theory is different. <u>Id.</u> at 1034. "If the
10  same primary right is involved in two actions, judgment in the first
11  bars consideration not only of matters actually raised in the first
12  suit but also all matters which could have been raised." <u>Eichman v.</u>
13  <u>Fotomat Corp.</u>, 147 Cal. App. 3d 1170, 1175 (1983). Under California
14  law, a decision is not final until the appeal is complete. Cal.
15  Civ. Proc. Code § 1049; <u>Sandoval v. Superior Court of Kings County</u>,
16  140 Cal. App. 3d 932 (1983).

17      General Dynamics seeks to stay <u>Adams</u> because once the judgment
18  is final in <u>Argo</u>, it can be given preclusive effect and the <u>Adams</u>
19  case will be barred by res judicata or collateral estoppel. Until
20  then, General Dynamics argues that the court should defer consider-
21  ation to save judicial resources, eliminate the risk of inconsistent
22  judgments, and prevent vexatious litigation.

23      The court agrees that a stay is appropriate. The Ninth Circuit
24  has approved the use of a stay, when a pending state court action
25  may result in res judicata. <u>Ollie v. Riggin</u>, 848 F.2d 1016, 1017
26  (9th Cir. 1988) (per curiam). Here, it appears that the <u>Adams</u>
27  complaint seeks relief that could have been sought in the <u>Argo</u> state
28  case -- though plaintiffs lost the opportunity by waiting until the

                              -4-                    97CV0616

1   eve of trial to try to amend the state complaint to allege the wage
2   and career fraud claims.   Thibodeau v. Crum, 4 Cal. App. 4th 749,
3   755 (1992) ("A party cannot by negligence or design withhold issues
4   and litigate them in consecutive actions."); see Gamble v. General
5   Foods Corp., 229 Cal. App. 3d 893, 902 (1991); but see Bleeck v.
6   State Bd. of Optometry, 18 Cal. App. 3d 415, 428-30 (1971) (res
7   judicata does not bar a claim that state court expressly determined
8   should be tried as a separate suit).   A comparison of Argo and Adams
9   shows that the parties are the same; the underlying facts concerning
10  the fraud, misrepresentations, and broken promises are intertwined;
11  the alleged fraud continued over several years; and the subject
12  matter concerns the right of the plaintiffs to a legal wage.   In
13  such circumstances, and in the event that it prevails on its affirm-
14  ative defense of res judicata, Walton v. City of Red Bluff, 2 Cal.
15  App. 4th 117, 131 (1992), a stay will prevent the prejudice of
16  subjecting General Dynamics to duplicate litigation.   At the same
17  time, a stay during the conclusion of the state appellate process
18  will not prejudice plaintiffs, as they intend to defend their
19  verdict in Argo, and may appeal the denial of their motion for leave
20  to amend.

21       Finally, because this court may not proceed with this case in
22  the normal course, and in the interest of judicial efficiency, the
23  court finds this civil case should be administratively closed until
24  the Argo decision is final.   Upon notice by either party, the court
25  may reopen this civil case.

26                              CONCLUSION

27       Upon due consideration of the parties' memoranda and exhibits,
28  the arguments advanced at hearing, and for the reasons set forth

                              -5-                        97CV0616

1  above, the court hereby grants defendant's motion to stay [# 5].

2  The Clerk of the Court shall close this case and submit a JS-6 form

3  to the Administrative Office.

4       DATED:   June 25, 1997.

5

6

7                WILLIAM B. ENRIGHT, Judge
              United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Copies to:
Lead Attorney for all parties of record

-6-

97CV0616

## CASE INFORMATION/DOCKETING FEE NOTIFICATION

**TO:**       Clerk, U.S. Court of Appeals             **DATE:** August 12, 1997
**FROM:**    U.S. District Court, Southern District of California
**SUBJECT:**  New Appeals Case Information & Docket Fee Notification

**Complete Title:** RICHARD D. ADAMS, MELANIE AGRO, MICHAEL L. BAFFONE, PHILIP P. BALISTRERI, ROBERT J. BARRY, DONALD BATES, DIANE BEDESSEM, GEORGE R. BELL, STEVE BIRMINGHAM, JAMES VICTOR BOWER, ROBIN DALE BOYD, JUAN DANIEL BROOKS, PAUL Q. CHAU SR., JAMES R. CLAUSEN, GREGORY M. COULTER, CARLOS F. CRUZ, ROBERT J DABELOW JR., ALBERTA DANISH, ROBERT G. DANZL, WAYNE F. DAVISON, CLAIRE DELUCA, RICHARD DELUCA, ARTHUR L. DILLEY, Z. LYNNETTE DOHERTY, GARY R. DRAY, PATRICIA L. DRIESLEIN, SERGIO ESPINOZA, JOSEPH H. EVOLA, MARK P. FERGUSON, IRENE ALISEA-FRETZ, RICCI FRETZ, HECTOR J. GARCIA, KATHLEEN GARCIA, ALINDA M. GIANSIRACUSA, BILL GIFFORD, MICHAEL J. GIORGETTA, JIM GRECO, TERRENCE G. GREEN, JANE GREGORY, GENNARO GUASTAFIERRO, ALFRED M. GUERRA, EDMUND GUERRERO, NEAL C. HAAS, JAY P. HAESE, DAVID W. HALLAS, ROBERT HANSEN, BEV HARMAN, LEE A. HARPER, ROBERT J. HENETZ, RAYMOND HERRERA, ROSIE HICKS, DENNIS J. HONEYCUTT, DAVID R. JACKSON, DENNIS H. JACKSON, ADOLFO P. JARAMILLO, CORNELIUS (HENRY) JORDAN, DONALD KOLESAR, DONNA L. LONG, CHRISTOPHER LORE, VALERIE LUJAN, GIOVANNI MORETTA, DENNIS MOORE, TIMOTHY S. MOULD, DAVE G. MOYER, DONALD H. NAISH, VICKI D. NAISH, DEWEY G. NELSON, JOHN R. NEWMAN, RICHARD A. OSWALD, MICHAEL PLESE, ROBERT B. PORTER, FELICITAS QUITANIA, RENARD B. REID, TIMOTHY RICHARDSON, NORMA, RICHMAN, RAYMOND ROBERTS, JOHN ROBUTKA, RALPH RUBIO, DOMINGO SANCHEZ, BERYL G. SCOTT, DONNA L. SHUFFLER, PETER A SHURKO, JACK SINNTT, PRINTES L. SMITH, ROBERT A SMITH, RICHARD C. SMITH, GLENN SPANGLER, RICHARD STURTZ, ERIC H. TAUBENGERGER, JANE E. TIERNEY, KATHLEEN TRAVIS, DIEGO TREVINO, KENT VIAN, RONALD E. WALTERS, FRANK D. WILSON, JOHN H. WINES, STEVE WINTERS, DAVID J. WYDYSH VS GENERAL DYNAMICS CORP AND DOES 1 THROUGH 50, INCLUSIVE
**U.S.D.C. No. 97cv0616-E(AJB)**      **U.S.D.C. JUDGE WILLIAM B. ENRIGHT**
**Type:** civil
**Complaint Filed:**      04/08/97
**Appealed Order Entered:** 06/30/97
**Notice of Appeal Filed:**      07/28/97

### *** COUNSEL INFORMATION ***

|  |  |
|---|---|
| **Appellant Counsel:** | **Appellee Counsel:** |
| Name:**BRIAN D. MONAGHAN** | RICHARD T. FRANCH |
| Addr: 1450 FRONT STREET | ONE IBM PLAZA STE 4600 |
| SAN DIEGO, CA 92101 | CHICAGO, IL 60611-3608 |
| | |
| **Tel:** (619)231-0059 | (312)222-9350 |

LISA ROBIN SCHROEDER
550 WEST C ST STE 1050
SAN DIEGO, CA 92101-3532
(619)236-9600

**Counsel:**       **(X) RETAINED       ( ) APPOINTED       ( ) PRO PER**
**Appointed by:**

### *** DEFENDANT INFORMATION ***

**Address:**                         **Custody:**
**Bail:**
**F/P.**          NO               **Counsel Waived:**
**No. days of trial:**     NONE
**Court Reporter: JOANNE MILLER**

### *** DOCKET FEE NOTIFICATION ***

**Docket Fee: $105.00**                    **Paid:** X___ **Not Paid:_____**
**F/P No Charge:_**
**USA/GOV'T APPEAL:__no_____**               (Fee Waived)
**Was Appellant or Appellee Granted F/P Status? Yes _ No** X
(If Yes, Show Date _____ and Attach Copy of Order.)
**Was F/P Status Revoked?**                  **Date:**
**Was F/P Status Limited in Some Fashion?**
**Companion Cases, If Any:** NONE
**Form Completed in the U.S. District Court By:** M. Stottlemyer

### *** AMENDED FEE INFORMATION ***

**Paid:**                    **F/P:**                         **Date:**
**District Court Clerk By:**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**<u>Copy to Appellant(s) and Appellee(s) of the following items</u>:**

(X) Transmittal to U.S.C.A. (Appellant and Appellee)

(X) Case Information/Docketing Fee Notification Form. (Appellant Only)

(X) Notice of Appeal (All parties on the service list)

(X) Docket Entries (Appellant and Appellee)

(X) Designation of Reporter's Transcript and Ordering Form. (Appellant Only)

( ) Order for Time Schedule. (Appellant and Appellee) (Criminal Only)

( ) F/P Order              ( ) CJA Form 20              ( ) Minute Order

( ) Certificate of Record

( ) Other:

**<u>Service List:</u>**
(X) U.S.D.C. Judge

( ) U.S. Probation

(X) Court Reporter

## <u>NAME AND ADDRESSES OF ATTORNEY OF RECORD</u>

**For Appellant:**
BRIAN D MONAGHAN
1450 FRONT ST
SAN DIEGO CA 92101

**For Appellee:**
RICHARD T FRANCH
ONE IBM PLAZA STE 4600
CHICAGO IL 60611-3608

LISA ROBIN SCHROEDER
550 WEST C ST STE 1050
SAN DIEGO CA 92101-3532

I hereby certify that the documents listed were transmitted to the parties listed in the above service list on this day.

Dated: August 12, 1997                    ROBERTA WESTDAL, Clerk

```
                                                        TERMED APPEAL
                        U.S. District Court
             Southern District of California (San Diego)

             CIVIL DOCKET FOR CASE #: 97-CV-616

Adams, et al v. General Dynamics, et al              Filed: 04/08/97
Assigned to: Judge William B. Enright       Jury demand: Plaintiff
              Referred to: Magistrate Anthony J. Battaglia
Demand: $0,000                              Nature of Suit:  710
Lead Docket: None                           Jurisdiction: Federal Question
Dkt # in San Diego Superior : is 708719

Cause: 29:201 Fair Labor Standards Act


RICHARD D ADAMS                    Brian D Monaghan
     plaintiff                     (619)231-7651
                                   [COR LD NTC]
                                   Monaghan and Warren
                                   1450 Front Street
                                   San Diego, CA 92101
                                   231-0059


MELANIE ARGO                       Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


MICHAEL L BAFFONE, SR              Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


PHILIP P BALISTRERI                Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


ROBERT J BARRY                     Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


DONALD R BATES                     Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


DIANE BEDESSEM                     Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


Docket as of August 12, 1997 11:31 am           Page 1    NON-PUBLIC
```

INTERNAL USE ONLY: Proceedings include all events.          TERMED APPEAL
3:97cv616      Adams, et al v. General Dynamics, et al


GEORGE R BELL                    Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


STEVE BIRMINGHAM                 Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


JAMES VICTOR BOWER               Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


ROBIN DALE BOYD                  Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


JUAN DANIEL BROOKS               Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


PAUL Q CHAU, SR                  Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


JAMES R CLAUSEN                  Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


GREGORY M COULTER                Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


CARLOS F CRUZ                    Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


ROBERT J DABELOW, JR             Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


ALBERTA DANISH                   Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]

Docket as of August 12, 1997 11:31 am          Page 2    NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.          TERMED APPEAL
3:97cv616      Adams, et al v. General Dynamics, et al


ROBERT G DANZL                    Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


CLAIRE DELUCA                     Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


RICHARD DELUCA                    Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


ARTHUR L DILLEY                   Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


Z LYNNETTE DOHERTY                Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


GARY R DRAY                       Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


PATRICIA L DRIESLEIN              Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


SERGIO ESPINOZA                   Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


JOSEPH H EVOLA                    Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


MARK P FERGUSON                   Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


IRENE ALISEA-FRETZ                Brian D Monaghan
     plaintiff                    (See above)

Docket as of August 12, 1997 11:31 am          Page 3    NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.          TERMED APPEAL
3:97cv616     Adams, et al v. General Dynamics, et al

                              [COR LD NTC]


RICCI FRETZ                        Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


ALINDA M GIANSIRACUSA              Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


BILL GIFFORD                       Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


MICHAEL J GIORGETTA                Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


JIM GRECO                          Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


TERRENCE G GREEN                   Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


JANE GREGORY                       Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


GENNARO GUSTAFIERRO                Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


ALFRED M GUERRA                    Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


EDMUND GUERRERO                    Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


NEAL C HAAS                        Brian D Monaghan

INTERNAL USE ONLY: Proceedings include all events.            TERMED APPEAL
3:97cv616      Adams, et al v. General Dynamics, et al

    plaintiff                          (See above)
                        [COR LD NTC]


JAY P HAESE                               Brian D Monaghan
    plaintiff                          (See above)
                        [COR LD NTC]


DAVID W HALLAS                            Brian D Monaghan
    plaintiff                          (See above)
                        [COR LD NTC]


ROBERT D HANSEN                           Brian D Monaghan
    plaintiff                          (See above)
                        [COR LD NTC]


BEV HARMAN                                Brian D Monaghan
    plaintiff                          (See above)
                        [COR LD NTC]


LEE A HARPER                              Brian D Monaghan
    plaintiff                          (See above)
                        [COR LD NTC]


ROBERT J HENETZ                           Brian D Monaghan
    plaintiff                          (See above)
                        [COR LD NTC]


RAYMOND HERRERA                           Brian D Monaghan
    plaintiff                          (See above)
                        [COR LD NTC]


ROSIE HICKS                               Brian D Monaghan
    plaintiff                          (See above)
                        [COR LD NTC]


DAVID R JACKSON                           Brian D Monaghan
    plaintiff                          (See above)
                        [COR LD NTC]


DENNIS H JACKSON                          Brian D Monaghan
    plaintiff                          (See above)
                        [COR LD NTC]

INTERNAL USE ONLY: Proceedings include all events.          TERMED APPEAL
3:97cv616     Adams, et al v. General Dynamics, et al

ADOLFO P JARAMILLO                 Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


CORNELIUS JORDAN                   Brian D Monaghan
aka                                (See above)
Henry, -                           [COR LD NTC]
     plaintiff


DONALD KOLESAR                     Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


DONNA L LONG                       Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


CHRISTOPHER LORE                   Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


LUJAN VALERIE                      Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


JAMES MCBRIDE                      Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


GIOVANNI MORETTA                   Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


TIMOTHY S MOULD                    Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


DAVE G MOYER                       Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]


DONALD H NAISH                     Brian D Monaghan
     plaintiff                     (See above)
                                   [COR LD NTC]

```
INTERNAL USE ONLY: Proceedings include all events.          TERMED APPEAL
3:97cv616     Adams, et al v. General Dynamics, et al
```

VICKI D NAISH                    Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


DEWEY G NELSON                   Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


JOHN R NEWMAN                    Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


RICHARD A OSWALD                 Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


MICHAEL PLESE                    Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


ROBERT B PORTER                  Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


QUITANIA                         Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


RENARD B REID                    Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


TIMOTHY P RICHARDSON             Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


NORMA RICHMAN                    Brian D Monaghan
     plaintiff                   (See above)
                                 [COR LD NTC]


RAYMOND ROBERTS                  Brian D Monaghan
     plaintiff                   (See above)

INTERNAL USE ONLY: Proceedings include all events.          TERMED APPEAL
3:97cv616      Adams, et al v. General Dynamics, et al

                              [COR LD NTC]


JOHN ROBUTKA                   Brian D Monaghan
     plaintiff                 (See above)
                               [COR LD NTC]


RALPH RUBIO                    Brian D Monaghan
     plaintiff                 (See above)
                               [COR LD NTC]


DOMINGO SANCHEZ                Brian D Monaghan
     plaintiff                 (See above)
                               [COR LD NTC]


BERYL G SCOTT                  Brian D Monaghan
     plaintiff                 (See above)
                               [COR LD NTC]


DONNAL L SHUFFLER              Brian D Monaghan
     plaintiff                 (See above)
                               [COR LD NTC]


PETER A SHURKO                 Brian D Monaghan
     plaintiff                 (See above)
                               [COR LD NTC]


JACK SINNOTT                   Brian D Monaghan
     plaintiff                 (See above)
                               [COR LD NTC]


PRINTES L SMITH                Brian D Monaghan
     plaintiff                 (See above)
                               [COR LD NTC]


ROBERT A SMITH                 Brian D Monaghan
     plaintiff                 (See above)
                               [COR LD NTC]


RICHARD C SMITH                Brian D Monaghan
     plaintiff                 (See above)
                               [COR LD NTC]


GLENN SPANGLER                 Brian D Monaghan

```
INTERNAL USE ONLY: Proceedings include all events.          TERMED APPEAL
3:97cv616     Adams, et al v. General Dynamics, et al
```

         plaintiff                     (See above)
                                       [COR LD NTC]


RICHARD STURTZ                         Brian D Monaghan
    plaintiff                          (See above)
                                       [COR LD NTC]


ERIC H TAUBENBERGER                    Brian D Monaghan
    plaintiff                          (See above)
                                       [COR LD NTC]


JANE E TIERNEY                         Brian D Monaghan
    plaintiff                          (See above)
                                       [COR LD NTC]


KATHLEEN TRAVIS                        Brian D Monaghan
    plaintiff                          (See above)
                                       [COR LD NTC]


DIEGO TREVINO                          Brian D Monaghan
    plaintiff                          (See above)
                                       [COR LD NTC]


KENT VIAN                              Brian D Monaghan
    plaintiff                          (See above)
                                       [COR LD NTC]


RONALD E WALTERS                       Brian D Monaghan
    plaintiff                          (See above)
                                       [COR LD NTC]


FRANK D WELLER                         Brian D Monaghan
    plaintiff                          (See above)
                                       [COR LD NTC]


KENNETH WILSON, -                      Brian D Monaghan
    plaintiff                          (See above)
                                       [COR LD NTC]


REBECCA D WILSON                       Brian D Monaghan
    plaintiff                          (See above)
                                       [COR LD NTC]

INTERNAL USE ONLY: Proceedings include all events.          TERMED APPEAL
3:97cv616      Adams, et al v. General Dynamics, et al

JOHN H WINES                      Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


STEVE M WINTERS                   Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


DAVID J WYDYSH                    Brian D Monaghan
     plaintiff                    (See above)
                                  [COR LD NTC]


    v.


GENERAL DYNAMICS CORPORATION,     Richard T Franch
-                                 (312)527-0484
     defendant                    [COR LD NTC]
                                  Royce R Bedward
                                  [COR LD NTC]
                                  Jenner and Block
                                  One IBM Plaza
                                  Suite 4600
                                  Chicago, IL 60611-3608
                                  (312)222-9350

                                  Lisa Robin Schroeder
                                  (619)236-9669
                                  [COR LD NTC]
                                  Mazzarella Dunwoody Wilson and
                                  Petty
                                  550 West C Street
                                  Suite 1050
                                  San Diego, CA 92101-3532
                                  236-9600


DOES, 1 through 50, inclusive
     defendant

INTERNAL USE ONLY: Proceedings include all events.                    TERMED APPEAL
3:97cv616      Adams, et al v. General Dynamics, et al

Richard D Adams; Melanie Argo; Michael L Baffone, SR; Philip
P Balistreri; Robert J Barry; Donald R Bates; Diane
Bedessem; George R Bell; Steve Birmingham; James Victor
Bower; Robin Dale Boyd; Juan Daniel Brooks; Paul Q Chau, SR;
James R Clausen; Gregory M Coulter; Carlos F Cruz; Robert J
Dabelow, JR; Alberta Danish; Robert G Danzl; Claire DeLuca;
Richard DeLuca; Arthur L Dilley; Z Lynnette Doherty; Gary R
Dray; Patricia L Drieslein; Sergio Espinoza; Joseph H Evola;
Mark P Ferguson; Irene Alisea-Fretz; Ricci Fretz; Alinda M
Giansiracusa; Bill Gifford; Michael J Giorgetta; Jim Greco;
Terrence G Green; Jane Gregory; Gennaro Gustafierro; Alfred
M Guerra; Edmund Guerrero; Neal C Haas; Jay P Haese; David W
Hallas; Robert D Hansen; Bev Harman; Lee A Harper; Robert J
Henetz; Raymond Herrera; Rosie Hicks; David R Jackson;
Dennis H Jackson; Adolfo P Jaramillo; Cornelius Jordan, also
known as Henry Donald Kolesar; Donna L Long; Christopher
Lore; Lujan Valerie; James McBride; Giovanni Moretta;
Timothy S Mould; Dave G Moyer; Donald H Naish; Vicki D
Naish; Dewey G Nelson; John R Newman; Richard A Oswald;
Michael Plese; Robert B Porter; Quitania; Renard B Reid;
Timothy P Richardson; Norma Richman; Raymond Roberts; John
Robutka; Ralph Rubio; Domingo Sanchez; Beryl G Scott; Donnal
L Shuffler; Peter A Shurko; Jack Sinnott; Printes L Smith;
Robert A Smith; Richard C Smith; Glenn Spangler; Richard
Sturtz; Eric H Taubenberger; Jane E Tierney; Kathleen
Travis; Diego Trevino; Kent Vian; Ronald E Walters; Frank D
Weller; Kenneth Wilson, -; Rebecca D Wilson; John H Wines;
Steve M Winters; David J Wydysh

                    plaintiff


     v.


General Dynamics Corporation, -; DOES, 1 through 50,
inclusive

                    defendant

INTERNAL USE ONLY: Proceedings include all events.                    TERMED APPEAL
3:97cv616        Adams, et al v. General Dynamics, et al

4/8/97    1      Notice of Removal t/w copy of cmp from San Diego Superior
                 Court Case Number: 708719 ( to Magistrate Anthony J.
                 Battaglia ) Receipt No/Amt of Fee: #29286/$150.00 (rcm)
                 [Entry date 04/09/97]

4/14/97   2      Demand for jury trial by plaintiffs t/w prf svc (acr)
                 [Entry date 04/16/97]

4/15/97   --     Summons issued (acr) [Entry date 04/21/97]

4/17/97   3      Stipulation and Order by Judge William B. Enright: Answer
                 to complaint by 5/1/97 for General Dynamics (cc: all
                 counsel) (acr) [Entry date 04/21/97]

5/1/97    4      Stipulation and Order by Judge William B. Enright: Answer
                 to complaint extended to 5/12/97 for General Dynamics
                 Corporation (cc: all counsel) (acr) [Entry date 05/02/97]

5/15/97   5      Notice of motion and motion by defendant General Dynamics
                 to stay all proceedings until the final resolution of a
                 pending State Court case [ motion(s) referred to Judge
                 William B. Enright ] t/w prf svc; motion hrg set 6/23/97 at
                 10:30 (acr) [Entry date 05/21/97]

5/15/97   6      Memorandum of points and authorities by defendant General
                 Dynamics in support of motion to stay all proceedings until
                 the final resolution of a pending State Court case [5-1]
                 (acr) [Entry date 05/21/97]

5/15/97   7      Declaration of Lisa T. Schroeder by defendant General
                 Dynamics in support of motion to stay all proceedings until
                 the final resolution of a State Court case [5-1] (acr)
                 [Entry date 05/21/97]

5/15/97   8      Notice of lodgment by defendant General Dynamics in support
                 of motion to stay all proceedings until the final
                 resolution of a pending State Court case [5-1] (acr)
                 [Entry date 05/21/97]

5/15/97   9      Notice of lodgment by defendant General Dynamics in support
                 of motion to stay all proceedings until the final
                 resolution of a pending State Court case [5-1] t/w exhibits
                 (acr) [Entry date 05/21/97]

5/20/97   10     Pro Hac Vice approved by Judge William B. Enright on behalf
                 of defendant General Dynamics for Richard T Franch (cc: all
                 counsel) (acr) [Entry date 05/28/97]

5/21/97   11     Minutes: Enter Order by Magistrate Anthony J. Battaglia
                 that the case is removed from Superior Court; no answer on
                 file; No ENE required (acr) [Entry date 05/28/97]

INTERNAL USE ONLY: Proceedings include all events.               TERMED APPEAL
3:97cv616        Adams, et al v. General Dynamics, et al

6/6/97    12    Amended notice of lodgment by defendant General Dynamics in
                support of motion to stay all proceedings until the final
                resolution of a pending State Court case [5-1] t/w exhibits
                and prf svc (acr) [Entry date 06/11/97]

6/9/97    13    Opposition by plaintiffs to motion to stay all proceedings
                until the final resolution of a pending State Court case
                [5-1] t/w prf svc (acr) [Entry date 06/12/97]

6/9/97    14    Declaration of Michael A. Conger by plaintiffs in support
                of opposition to motion to stay all proceedings until the
                final resolution of a pending state court case [13-1] (acr)
                [Entry date 06/12/97]

6/9/97    15    Notice of lodgment by plaintiffs in support of opposition
                to motion to stay all proceedings until the final
                resolution of a pending State Court case [5-1] t/w exhibits
                (acr) [Entry date 06/12/97]

6/9/97    16    Minutes: Enter Order by Magistrate Anthony J. Battaglia
                that the case is removed from Superior Court; no answer on
                file; No ENE required (acr) [Entry date 06/12/97]

6/16/97   17    Reply memorandum by defendant General Dynamics to
                opposition to motion to stay all proceedings until the
                final resolution a pending State Court case [5-1] t/w prf
                svc (acr) [Entry date 06/18/97]

6/16/97   18    Notice of lodgment by defendant General Dynamics of
                non-published opinions in support of motion to stay all
                proceedings until the final resolution of a pending State
                Court case [5-1] t/w exhibits (acr) [Entry date 06/18/97]

6/20/97   19    Pro Hac Vice approved by Judge William B. Enright on behalf
                of defendant General Dynamics for Royce R Bedward (cc:all
                counsel) (acr) [Entry date 06/23/97]

6/23/97   20    Minutes: Enter Order by Judge William B. Enright that the
                motion to stay all proceedings until the final resolution a
                pending State Court case [5-1] was held and submitted;
                Court to issue order; Court Reporter I. Vanbramer (acr)
                [Entry date 06/25/97]

6/26/97   21    Order by Judge William B. Enright granting motion to stay
                [5-1]; Case is administratively closed (cc: all counsel)
                (acr) [Entry date 06/30/97]

6/30/97   22    Clerks Judgment: Dft's motion to stay is granted and the
                case is administratively closed; terminating case (cc:
                all counsel) (acr)

INTERNAL USE ONLY: Proceedings include all events.          TERMED APPEAL
3:97cv616      Adams, et al v. General Dynamics, et al

7/28/97   23        Notice of appeal by plas Richard D Adams, Melanie Argo,
                    Michael L Baffone SR, Philip P Balistreri, Robert J Barry,
                    Donald R Bates, Diane Bedessem, George R Bell, Steve
                    Birmingham, James Victor Bower, Robin Dale Boyd, Juan
                    Daniel Brooks, Paul Q Chau SR, James R Clausen, Gregory M
                    Coulter, Carlos F Cruz, Robert J Dabelow JR, Alberta
                    Danish, Robert G Danzl, Claire DeLuca, Richard DeLuca,
                    Arthur L Dilley, Z Lynnette Doherty, Gary R Dray, Patricia
                    L Drieslein, Sergio Espinoza, Joseph H Evola, Mark P
                    Ferguson, Irene Alisea-Fretz, Ricci Fretz, Alinda M
                    Giansiracusa, Bill Gifford, Michael J Giorgetta, Jim Greco,
                    Terrence G Green, Jane Gregory, Gennaro Gustafierro, Alfred
                    M Guerra, Edmund Guerrero, Neal C Haas, Jay P Haese, David
                    W Hallas, Robert D Hansen, Bev Harman, Lee A Harper, Robert
                    J Henetz, Raymond Herrera, Rosie Hicks, David R Jackson,
                    Dennis H Jackson, Adolfo P Jaramillo, Cornelius Jordan,
                    Donald Kolesar, Donna L Long, Christopher Lore, Lujan
                    Valerie, James McBride, Giovanni Moretta, Timothy S Mould,
                    Dave G Moyer, Donald H Naish, Vicki D Naish, Dewey G
                    Nelson, John R Newman, Richard A Oswald, Michael Plese,
                    Robert B Porter, Quitania, Renard B Reid, Timothy P
                    Richardson, Norma Richman, Raymond Roberts, John Robutka,
                    Ralph Rubio, Domingo Sanchez, Beryl G Scott, Donnal L
                    Shuffler, Peter A Shurko, Jack Sinnott, Printes L Smith,
                    Robert A Smith, Richard C Smith, Glenn Spangler, Richard
                    Sturtz, Eric H Taubenberger, Jane E Tierney, Kathleen
                    Travis, Diego Trevino, Kent Vian, Ronald E Walters,Frank D
                    Weller, Kenneth Wilson, Rebecca D Wilson, John H Wines,
                    Steve M Winters, David J Wydysh from Dist. Court decision
                    [22-2] entered on 06/30/97 Receipt No/Amt of Fee:
                    #031716-A3/$105 (ms) [Entry date 08/12/97]

8/7/97    24        Transcript Designation and Ordering Form for dates: 6/23/97
                    [23-1] (ms) [Entry date 08/12/97]

8/12/97   --        Record on Notice of Appeal sent to Circuit Court [23-1] (ms)